379 A.2d 613

Commonwealth v. Toth, Appellant.

Submitted June 13, 1977. Lawrence B. Fox, and Newman, Fox & Parks, for appellant; Alan B. McFall, Assistant District Attorney, and John E. Gallagher, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.